## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CASE NO.** |
| | : | |
| **v.** | : | |
| | : | **(SEALED)** |
| **MARIO JAVIER OSORIO TORO** | : | |

### MOTION TO SEAL

The United States, by and through John M. Gillies, Assistant Deputy Chief for Litigation with the Narcotic and Dangerous Drug Section of the Criminal Division of the United States Department of Justice, respectfully moves this Court for an order placing under seal until further notice of the Court the above-captioned case and its accompanying documents and records, including this motion and the accompanying order to seal. In support thereof, the Government states the following:

Defendant Mario Javier Osorio Toro is the first of eight codefendants to appear before the Court in ***United States v. Alexander Sanchez Lopez, et al.***, No. 05-CR-134 (ESH), on the charge of importation of conspiracy to manufacture and distribute one kilogram or more of heroin intending and knowing that it would be imported into the United States, in violation of Title 21, United States Code, Sections 959, 960(b)(1)(A) and 963 and Title 18, United States Code, Section 2. The other seven codefendants are in prison in the Republic of Colombia awaiting extradition to the United States to appear before the Court on charges brought in this case, which presently remains SEALED. Pursuant to the terms of a plea agreement between the United States and Defendant Mario Javier Osorio Toro, the United States has filed a separate Information charging Mario Javier Osorio Toro with a lesser-included offense. For the safety of Mr. Osorio Toro and in the interests of justice, the terms of the Information, Plea Agreement,

and any related documents should remain sealed until such time as the Court unseals the record

in case number 05-CR-134 (ESH).

      For the reasons stated above, the Government respectfully requests that the Court grant

the Government's motion to seal the above-captioned case and its accompanying documents and

records, this motion and the accompanying order to seal.


          __s/John M. Gillies_____
          John M. Gillies
          Assistant Deputy Chief for Litigation
          U.S. Department of Justice
          Narcotic and Dangerous Drug Section
          1400 New York Avenue, NW
          Washington, DC 20530
          (202) 307-2354