UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | CRIMINAL NO. |
| **Plaintiff,** | ) | VIOLATIONS: |
| v. | ) | 21 U.S.C. § 963 i/c/w |
| | ) | 21 U.S.C. §§ 959 and 960 |
| **MARIO JAVIER OSORIO TORO,** | ) | (Conspiracy to Distribute |
| | ) | Heroin Intending and Knowing that |
| **Defendant.** | ) | the Heroin Would Be Unlawfully |
| | ) | Imported into the United States) |
| | ) | |
| | ) | 18 U.S.C. § 2 |
| | ) | (Aiding and Abetting) |

# I N F O R M A T I O N

The United States charges that:

### COUNT ONE

Beginning on or about sometime in 2000, the exact date being unknown to the United States, and continuing up to and including 2001, in the Republic of Colombia and elsewhere, the defendant,

**MARIO JAVIER OSORIO TORO**,

did, knowingly and intentionally, combine, conspire, confederate, and agree with Carlos Arturo Vasquez Hurtado and with others known and unknown to the United States, including co-conspirators not charged within this Information, to commit the following offenses against the United States: to distribute heroin, a Schedule II controlled substance, intending or knowing that it would be unlawfully imported into the United States from the Republic of Colombia and from

elsewhere outside of the United States, in violation of Title 21, United States Code, Sections 959 and 960.

All in violation of Title 21, United States Code, Section 963; in conjunction with Title 21, United States Code, Sections 959(a)(1) and 960, and Title 18, United States Code, Section 2.

        Kenneth A. Blanco, Chief
        Narcotic and Dangerous Drug Section
        Criminal Division
        United States Department of Justice

By:    s/Michael C. Mota
        Michael C. Mota
        Trial Attorney

By:    s/John M. Gillies
        John M. Gillies
        Assistant Deputy Chief for Litigation