
SEALED

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| UNITED STATES OF AMERICA | : | CASE NO. 06-238 |
|---|---|---|
| v. | : | (SEALED) |
| MARIO JAVIER OSORIO TORO | : | |

**ORDER**

FILED
AUG 0 9 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Having read and considered the Government's Motion to Seal, it is hereby

ORDERED, that the above-captioned case, its accompanying documents and records, including the motion to seal and this Order, be sealed until further Order of this Court.

This 09th day of August, 2006.

_____
Honorable Ellen Segal Huvelle
United States District Judge