UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CASE NO. 06-238 |
| v. | : | |
| MARIO JAVIER OSORIO TORO | : | FILED<br>AUG 1 0 2006<br>NANCY MAYER WHITTINGTON, CLERK<br>U.S. DISTRICT COURT |

### WAIVER OF INDICTMENT

I, **Mario Javier Osorio Toro**, the above-named defendant, who is accused of conspiracy to distribute heroin intending and knowing that it would be imported into the United States, in violation of Title 21, United States Code, Sections 959, 960(b)(3), and 963 and Title 18, United States Code, Section 2, being advised of the nature of the charge, the proposed Information, and my rights, hereby waive in open court prosecution by Indictment and consent that the proceeding may be by Information rather than by Indictment.

_____
Defendant Mario Javier Osorio Toro

_____
Counsel for Defendant

_____
ELLEN SEGAL HUVELLE
United States District Judge

8/10/06