UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA      :     CASE NO. 06-238
                              :
v.                            :     **FILED**
                              :
MARIO JAVIER OSORIO TORO      :     AUG 10 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

### WAIVER OF STATUTE OF LIMITATION

I, **Mario Javier Osorio Toro**, the above-named defendant, who is accused of conspiracy to distribute heroin intending and knowing that it would be imported into the United States, in violation of Title 21, United States Code, Sections 959, 960(b)(3), and 963 and Title 18, United States Code, Section 2, being advised of the nature of the charge, the proposed Information, and my rights, hereby waive in open court any applicable statute of limitation that might apply to the charge contained in, and the filing of, the Information and I hereby agree not to raise any applicable statute of limitation as a bar or defense to the charge against me contained in the Information.

_____
Defendant Mario Javier Osorio Toro

_____
Counsel for Defendant

_____
ELLEN SEGAL HUVELLE
United States District Judge

8/10/06