UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
WASHINGTON, D.C. 20001

ELLEN SEGAL HUVELLE  (202) 354-3230
UNITED STATES DISTRICT JUDGE

November 15, 2006

Carlos J. Vanegas, Esquire
Office of the Federal Public Defender
   for the District of Columbia
625 Indiana Avenue, NW
Suite 550
Washington, DC 20004

FILED
NOV 15 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

*let this be filed*
*ESH 11/15/06*

RE: *United States v. Mario Osorio-Toro*, Criminal Action No. 06-0238

Dear Mr. Vanegas:

I received the enclosed letter today from your client, Mario Osorio-Toro, stating that he has completed his sentence and requesting release. I would request that you look into this matter as soon as possible so that it can be resolved promptly.

Very truly yours,

Ellen Segal Huvelle
United States District Judge

cc:   Mario Osorio-Toro
      Michael Mota, Esquire