November 13, 2006

From: Mario Osorio-Toro
DCDC # 307228
CCA - CTF
1901 E Street SE
Washington D.C. 20003

To: Honorable Judge E. Huvelle
United States District Court
for the District of Columbia
333 Constitution Ave.
Washington D.C. 20001

Re: Release date
Case # 06-00238

Your honor, I am writing to you because I am concerned about my release date, as you know I have been detained since October 12, 2005 and I was sentenced by this Court on November 3, 2006 to fifteen months with credit for time served; minus statutory good time, I already completed my sentence, but I have been held for nine days and continuing on while I am writing this letter. Now, since I do not have any detainers filed against me, I am respectfully requesting this court to order my release, so I can rejoin my family in Colombia.

Thank you for taking of your valuable time in this important matter.

FILED
NOV 1 5 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Very truly yours,

Mario J. Osorio
Mario Javier Osorio-Toro